JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN S. B., an Individual,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO, Commissioner of Social Security,<br>Defendant. | Case No. 8:25-01083 ADS<br><br>JUDGMENT |

Pursuant to the Court's Order reversing the decision of the Social Security Commissioner and remanding the case for further proceedings, the Court adjudges the above-captioned case dismissed in its entirety.

DATED: September 24, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge